FILED

SEP -1 P 1:01

[stamp illegible - U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 228 MISC

Caitlyn W. Kuan - #221163

_____/

**ORDER TO SHOW CAUSE**

It appearing that Caitlyn W. Kuan has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Caitlyn W. Kuan
Gerberas Law
685 Market Street, Suite 460
San Francisco, CA 94105